# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| PHILADELPHIA GAS WORKS | : | No. 21 EAL 2020 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| PENNSYLVANIA PUBLIC UTILITY | : | |
| COMMISSION  PETTITON OF: SBG | : | |
| MANAGEMENT SERVICES, ET AL. | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of June, 2020, the Petition for Allowance of Appeal is **GRANTED**.  The issue, rephrased for clarity, is:

(1) Whether the Commonwealth Court misinterpreted 53 Pa.C.S. § 7106(b), and whether the decision conflicts with the Superior Court's decision in *Equitable Gas Co. v[.] Wade*, 812 A.2d 715 (Pa. Super. 2002), where that court held that a municipal lien arising out of delinquent bills for natural gas service constitutes a judgment, such that after a lien is docketed, Philadelphia Gas Works (PGW) may only charge the customer the statutory interest rate applicable to judgments (6%) (*see* 42 Pa.C.S. § 8101; 41 P.S. § 202), rather than its tariff rate on late payments that have not been reduced to judgment (18%).